TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 25 '22 PM 01:38

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | VIOS.: |
| vs. | COUNT 1: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms and Ammunition; |
| LATROY TAYLOR, | COUNT 2: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute; |
| Defendant. | COUNT 3: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute; |
| | COUNT 4: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute; |
| Case: 2:22-cr-00185<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 5/24/2022 | COUNT 5: 21 U.S.C. § 841(a)(1), Possession of Crack Cocaine with Intent to Distribute; |
| | COUNT 6: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute; |
| | COUNT 7: 21 U.S.C. § 841(a)(1), Possession of Mushrooms containing Psilocybin with Intent to Distribute; |
| | COUNT 8: 21 U.S.C. § 841(a)(1), Possession of Alprazolam with Intent to Distribute; |

|  | COUNT 9: 18 U.S.C. § 924(c), Possession of Firearms in Furtherance of a Drug Trafficking Offense; |
|  | COUNT 10: 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(a)(1), Distribution of Heroin; |
|  | COUNTS 11 and 12: 21 U.S.C. § 841(a)(1), Distribution of Marijuana. |

The Grand Jury Charges:

## COUNT 1
### (18 U.S.C. § 922(g)(1))
### (Felon in Possession of Firearms and Ammunition)

On or about April 15, 2022, in the District of Utah,

### LATROY TAYLOR,

the defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed firearms and

ammunition, those being a 9mm Glock 19x handgun, a 12 gauge Stoeger Shotgun, a

9mm Canik handgun, and associated ammunition, and the firearms and ammunition were

in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
### (21 U.S.C. § 841(a)(1))
### (Possession of Methamphetamine with Intent to Distribute)

On or about April 15, 2022, in the District of Utah,

### LATROY TAYLOR,

the defendant herein, did knowingly and intentionally possess with intent to distribute

methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. §

2

812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

## COUNT 3
### 21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 15, 2022, in District of Utah,

## LATROY TAYLOR,

the defendant herein, did knowingly and intentionally possess with intent to distribute

heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812,

all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

## COUNT 4
### 21 U.S.C. § 841(a)(1)
(Possession of Cocaine with Intent to Distribute)

On or about April 15, 2022, in District of Utah,

## LATROY TAYLOR,

the defendant herein, did knowingly and intentionally possess with intent to distribute

cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812,

all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

## COUNT 5
### 21 U.S.C. § 841(a)(1)
(Possession of Crack Cocaine with Intent to Distribute)

On or about April 15, 2022, in District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base ("crack cocaine"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 6
### 21 U.S.C. § 841(a)(1)
(Possession of Marijuana with Intent to Distribute)

On or about April 15, 2022, in District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## COUNT 7
### (21 U.S.C. § 841(a)(1))
(Possession of Mushrooms containing Psilocybin with Intent to Distribute)

On or about April 15, 2022, in the District of Utah,

**LATROY TAYLOR,**

4

the defendant herein, did knowingly and intentionally possess with intent to distribute mushrooms containing psilocybin, a Schedule I Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

**COUNT 8**
21 U.S.C. § 841(a)(1)
(Possession of Alprazolam with Intent to Distribute)

On or about April 15, 2022, in the District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute alprazolam, a Schedule IV controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(E).

**COUNT 9**
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)

On or about April 15, 2022in District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly possess a firearm, to wit: a 9mm Glock 19x handgun, a 12 gauge Stoeger Shotgun, and a 9mm Canik handgun, in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States as set forth in Count 6 and fully incorporated herein, that is, knowing and intentional possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C.

§ 924(c)(1)(A).

## COUNT 10
21 U.S.C. § 841(a)(1)
(Distribution of Heroin)

On or about March 3, 2022, in the District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly and intentionally distribute heroin, a Schedule I

Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).


## COUNT 11
21 U.S.C. § 841(a)(1)
(Distribution of Marijuana)

On or about March 3, 2022, in the District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly and intentionally distribute marijuana, a Schedule I

Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).


## COUNT 12
21 U.S.C. § 841(a)(1)
(Distribution of Marijuana)

On or about April 5, 2022, in the District of Utah,

**LATROY TAYLOR,**

the defendant herein, did knowingly and intentionally distribute marijuana, a Schedule I

Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C.

§ 841, the defendant shall forfeit to the United States of America any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

such offenses and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, the offenses. The property to be forfeited

includes, but is not limited to:

- $3,219.00 in U.S. Currency

- $6,060.00 in U.S. Currency

- A 9mm Glock 19x handgun.

- A12 gauge Stoeger Shotgun.

- A 9mm Canik handgun.

- Any associated ammunition.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of

any offense violating 18 U.S.C. §§ 922 or 924, the defendants shall forfeit to the United

States of America any firearm or ammunition involved in or used in the commission of

the offense, including, but not limited to:

7

- A 9mm Glock 19x handgun.

- A12 gauge Stoeger Shotgun.

- A 9mm Canik handgun.

- Any and all ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

8